TO:   CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF MEETING OF CREDITORS

**CASE NAME** : **Luis Adrian Rivera Pomales**          **CASE NUMBER** : **22-01482**

                                                        **CHAPTER** : **11**

                                                        **JUDGE** : **MAG**

**DATE OF MEETING:** **July 11, 2022**          **TIME OF MEETING:** **9:00 a.m.**

**TRACK NUMBER** : **01**

**METER READING**
   START : **0:00** (hr:min)   /  (hr:min)   /  (hr:min)   /  (hr:min)
   END   : **1:25** (hr:min)   /  (hr:min)   /  (hr:min)   /  (hr:min)

1) **DEBTOR:**
   ( X ) PRESENT
   (   ) NOT PRESENT
   (   ) SPOUSE NOT PRESENT

2) **DEBTOR'S ATTORNEY:**
   ( X ) PRESENT  Nydia Gonzalez
   (   ) NOT PRESENT

3) **CREDITORS:**
   ( X ) PRESENT (See attachment)
   (   ) NOT PRESENT

4) **TRUSTEE:**
   (   ) HAS BEEN APPOINTED
         NAME OF TRUSTEE:
   ( X ) HAS NOT BEEN APPOINTED

5) **UNSECURED CREDITORS COMMITTEE:**
   (   ) HAS BEEN APPOINTED
   ( X ) HAS NOT BEEN APPOINTED

6) **SCHEDULES:**
   ( X ) HAVE BEEN FILED
   (   ) HAVE NOT BEEN FILED

7) **STATEMENT OF FINANCIAL AFFAIRS:**
   ( X ) HAS BEEN FILED
   (   ) HAS NOT BEEN FILED

8) **INVENTORY OF THE PROPERTY OF THE DEBTOR'S ESTATE:**
   (   ) HAS BEEN FILED
   (   ) HAS NOT BEEN FILED (N/A)

9) **PROOF OF CLOSING PRE-PETITION BANK ACCOUNTS:**
   ( X ) HAS BEEN FILED
   (   ) HAS NOT BEEN FILED

10) **PROOF OF OPENING DEBTOR IN POSSESSION BANK ACCOUNTS:**
    ( X ) HAS BEEN FILED
    (   ) HAS NOT BEEN FILED

11) **TAX RETURNS LAST TWO YEARS:**
    (   ) HAVE BEEN FILED
    ( X ) HAVE NOT BEEN FILED (7 Days)

12) **FINANCIAL STATEMENT(s) LAST TWO YEARS:**
    (   ) HAVE BEEN FILED
    ( X ) HAVE NOT BEEN FILED (7 days)

13) **RENT ROLL:**
    (   ) HAS BEEN FILED
    (   ) HAS NOT BEEN FILED (N/A)

14) **PROOF OF INSURANCE:**
    ( X ) HAS BEEN FILED
    (   ) HAS NOT BEEN FILED

15) **MEETING:**
    ( X ) CLOSED
    (   ) CONTINUED TO:
         DATE: /
         TIME : /

**16)** **COMMENTS:**

    I.       Debtor to submit to the United States Trustee within 7 days:

- Documents related to cryptocurrency investment as requested at initial debtor's interview ("IDI").
- Documents related to establishment of family trust and transfer of property.

    II.      Debtor to file amendments with the Court within 7 days:

- Schedule A/B – to disclose bank account of Debtor's professional services corporation, his ownership interest in 2 corporations, and family trust.
- Statement of Financial Affairs – to clarify parties in court case regarding breach of contract; disclose income for 2021 and 2022 up to the filing date, and transfer of shares of corporation (investment).



**(Filed Electronically)**

*s/ José Carlos Díaz-Vega*
OFFICE OF THE UNITED STATES TRUSTEE         **Date: July 11, 2022**
Trial Attorney
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444 / Fax: (787) 729-7449

| NAME | PARTY REPRESENTED (IF ATTORNEY) | ADDRESS | PHONE NO. | FAX NO. |
|------|----------------------------------|---------|-----------|---------|
| Atty. Marjaliisa Colon | – Antonio Muñoz | | | |